**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No. 05-cv-01177-LTB-PAC

JAMES E. HURLEY,
    Plaintiff,

v.

W.A. SHERROD,
    Defendants.
_____

**ORDER**
_____

    This 28 U.S.C. § 2241 Application is before me on the recommendation of the Magistrate Judge that the application for a writ of habeas corpus be denied and the action dismissed with prejudice. The recommendation was issued on September 1, 2005. Applicant has filed timely written objections to the recommendation. I have therefore reviewed the recommendation *de novo* in light of the file and record in this action. On *de novo* review, I conclude that the recommendation is correct for the reasons set forth in the recommendation. Accordingly

    IT IS ORDERED that the application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 is DENIED and the above action is DISMISSED WITH PREJUDICE.

                                                 BY THE COURT:

                                                 s/Lewis T. Babcock
                                                 Lewis T. Babcock, Chief Judge

DATED:  September 21, 2005